UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

TYLER ALLEN

                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-366( )( )

Defendant __TYLER ALLEN__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

___THEODORE GREEN on behalf of TYLER ALLEN___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___TYLER ALLEN___
Print Defendant's Name

___[signature]___
Defendant's Counsel's Signature

___THEODORE S. GREEN___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__8/3/2020__
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge