**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

September 21, 2020

Hon. Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, New York   10601

> Application granted. Clerk of Court requested to terminate the motion (doc. 17).
>
> Dated: Sept. 21, 2020
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

    Re:  *United States v. Allen*
           20-cr-366 (NSR) -01

Dear Judge Roman:

    For the telephone conference scheduled in this matter for September 22, 2020, at 11:00 a.m., I request permission to have Richard D. Willstatter, Esq., of my office appear on my behalf. The reason for the request is that I have an in-person sentencing scheduled at the same time before Hon. Kenneth M. Karas in *United States v. Vargas*, 19-cr-559 (KMK). That matter had been advanced from a later date and and presents some logistical issues as the client is being produced from a hospital facility in Brooklyn.

                    Very truly yours,

                    /s/ *Theodore S. Green*
                    Theodore S. Green



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020