UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.A.,

-against-

**TYLER ALLEN &
JEFFREY JOHNSON,**

Defendant.

20-cr-366 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants TYLER ALLEN and JEFFREY JOHNSON ("Defendants") are charged in a one count indictment with Conspiracy to Commit Hobbs Act Robbery in violation of Title 18 U.S.C. § 1951. The parties appeared before the Court on September 22, 2020, for an initial conference. The Government represents that it can present most, if not all, discovery materials within sixty days hereof. Defense counsels inform that they would like a reasonable opportunity, approximately six weeks, to review the discovery for the purpose of determining whether motions, including a motion to suppress, are appropriate. Accordingly, the Court directs the Government to provide all outstanding discovery to Defendants' counsel within sixty days of this order. The matter is adjourned to January 6, 2021 at 11:00 a.m. to permit for the exchange and review of discovery, and allow the parties to engage in plea discussions. The Court determines that the time between September 22, 2020 and January 6, 2021 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161, upon a finding that the ends of justice is served and outweighs the best interest of the public and the defendant in a speedy trial in order to allow for the production and exchange of discovery, and plea discussions to take place.

Dated: September 22, 2020
      White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMÁN
United States District Judge

1