```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2020
```

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

    - v. -                                          :

TYLER ALLEN AND                             :
JEFFREY JOHNSON                             :

              Defendants.     :

                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**PROTECTIVE ORDER**</u>

20 Cr. 366 (NSR)

NELSON S. ROMÁN, District Judge:

       WHEREAS, TYLER ALLEN and JEFFREY JOHNSON, the defendants, have

made a request for certain records and papers used in connection with the constitution of the

Master and Qualified Jury Wheels in the United States District Court for the Southern District of

New York (the "Jury Records"), pursuant to the Fifth and Sixth Amendments to the United

States Constitution and the Jury Selection and Service Act, 28 U.S.C. §§ 1867(a) and (f);

       WHEREAS, the Jury Administrator of the Southern District of New York (the

"Jury Administrator") has indicated that certain Jury Records reveal personal identifying

information that would be burdensome to redact ("Sensitive Information");

       WHEREAS, in the interest of expediting the process by which the defendant

receives the Jury Records the defendants, by their attorneys, Theodore Green, Esq. and Deveraux

Cannick, Esq. ("Defense Counsel"), consent to the entry of this Order;

       WHEREAS, pursuant to 28 U.S.C. § 1867(f) and subject to the additional

limitations set forth below, the Jury Records provided to the parties shall not be disclosed to third

parties except "as may be necessary in the preparation or presentation of a motion" under 28

U.S.C. § 1867(a), (b), or (c);

IT IS ORDERED that, pursuant to 28 U.S.C. § 1867(f) and consistent with the additional limitations set forth in this Protective Order, the parties shall be allowed to inspect, reproduce, and copy the Jury Records at all reasonable times during the preparation and pendency of a motion under 28 U.S.C. § 1867(a), (b), or (c);

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1867(f), any person who discloses the Jury Records in violation of 28 U.S.C. § 1867(f) shall be subject to potential penalties as set forth in that provision;

IT IS FURTHER ORDERED that each of the individuals to whom disclosure of the Jury Records is made (including anyone providing legal, investigative, secretarial, technological, clerical, paralegal, or other support services in connection with this criminal action and who is employed by, engaged by, advising or otherwise working at the direction of the parties, as well as any students or interns working for counsel) shall be provided a copy of this Protective Order by counsel; shall be advised by counsel of the terms and conditions and legal ramifications of this Protective Order, including that he or she shall not further disseminate or discuss the Jury Records and must follow the terms of this Protective Order, and that the Court can enforce the Protective Order against the person to whom the Jury Records are disclosed; and shall confirm to counsel that he or she will abide by the terms of the Protective Order;

IT IS FURTHER ORDERED that all Jury Records are to be provided to the defendants, and used by Defense Counsel, solely for the purpose of allowing the defendants to prepare a motion under 28 U.S.C. § 1867, and that none of the Jury Records shall be used in any manner nor disseminated to any other third party in a manner that is inconsistent with the preceding paragraphs;

2

IT IS FURTHER ORDERED that, at the conclusion of this case, Defense Counsel shall return to the Jury Administrator all copies of the Jury Records provided in this case, together with any and all copies thereof, or shall take all reasonably practicable steps to destroy such records, together with any and all copies thereof, which destruction Defense Counsel shall verify in writing;

IT IS FURTHER ORDERED that, the provisions of this Protective Order shall not be construed as preventing the disclosure of any information in any motion made under 28 U.S.C. § 1867, provided that redactions are made pursuant to Fed. R. Crim. P. 49.1 and ECF Rules & Instructions prior to any public filing.

AGREED AND CONSENTED TO:

_____          $\frac{9/21/2020}{\text{Date}}$
Theodore Green, Esq.
Attorney for defendant Tyler Allen


_____          _____
Deveraux Cannick, Esq.                     Date
Attorney for defendant Jeffrey Johnson


AUDREY STRAUSS
Acting United States Attorney

By: _____          _____
     Courtney L. Heavey                     Date
     Assistant United States Attorney

SO ORDERED:


_____          _____
HON. NELSON S. ROMÁN                        Date
UNITED STATES DISTRICT JUDGE


4

AGREED AND CONSENTED TO:

_____              _____
Theodore Green, Esq.                   Date
Attorney for defendant Tyler Allen

_____              _____
Deveraux Cannick, Esq.                 Date
Attorney for defendant Jeffrey Johnson


AUDREY STRAUSS
Acting United States Attorney

By: _____          _____
      Courtney L. Heavey               9/21/20
      Assistant United States Attorney Date

SO ORDERED:

_____              _____
HON. NELSON S. ROMÁN                   Sept. 22, 2020
UNITED STATES DISTRICT JUDGE           Date

Clerk of the Court requested to terminate the motion (doc. 4).

4