UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                            20-cr-366 (NSR)

TYLER ALLEN,

              Defendant.                  Notice of Motion

--------------------------------------------------------------X

Please take notice that, upon the annexed declaration of Theodore S. Green, attorney of record for Tyler Allen, and the accompanying memorandum of law, defendant Tyler Allen will move this Court, at the Courthouse, 300 Quarropas Street, White Plains, New York,  for orders:

1.  Dismissing the indictment on the ground that it was obtained in violation of U.S. Const., Amends. V and VI and in violation of the Jury Selection and Service Act, and

2.  Granting such other and further relief as may be appropriate.

Dated:   White Plains, New York
        November 13, 2020

                                    Yours, etc.,

                                      /s/ *Theodore S. Green*
                                      Theodore S. Green
                                      *Attorney for Tyler Allen*
                                      Green & Willstatter
                                      200 Mamaroneck Avenue - Suite 605
                                      White Plains, New York   10601
                                      (914) 948-5656
                                      theosgreen@msn.com

cc: All counsel (by ECF)