UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                             20-cr-366 (NSR)

TYLER ALLEN,

              Defendant.                   Declaration

----------------------------------------------------------------X

      I, Theodore S. Green, an attorney admitted to practice in this Court, declare under penalty of perjury pursuant to 28 U.S.C. 1746, that the following is true, except as to that stated on information and belief, which I believe to be true:

      1.  I am attorney of record for Tyler Allen, who was originally charged on a complaint.  I learned that an indictment had been returned in this case on July 20, 2020.

      2.  This declaration is submitted in support of Allen's motion to dismiss the indictment on the ground that it was obtained in violation of U.S. Const., Amends. V and VI and in violation of the Jury Selection and Service Act.

      3. Annexed hereto as Exhibit A is a declaration of Jeffery Martin filed November 9, 2020, in *United States v. Balde*, 20-cr-281 (KPF) (SDNY) in connection with a similar motion.  On information and belief, the same White Plains grand jury returned the indictments in both Allen's case and in *Balde*.

      4.  Earlier, on July 24, 2020, Allen had filed a motion for production of records of the grand jury composition.  The government responded with a discovery production on September 25, 2020.

Without the expert analysis provided in the Martin declaration filed in *Balde*, Allen would have been unable to bring the present motion. This motion is brought promptly on our receipt and review of the Martin declaration.

5. For the reasons stated more fully in the accompanying memorandum of law, Allen seeks the relief requested herein.

I swear the foregoing is true.

Dated:   White Plains, New York
        November 13, 2020

                                        */s/ Theodore S. Green*
                                        Theodore S. Green