UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA　　　　　　:

　　　- v. -　　　　　　　　　　　　:　　　**<u>Superseding Information</u>**

TYLER ALLEN,　　　　　　　　　　　:　　　S2 20 Cr. 366 (NSR)

　　　　　　　　Defendant.　　　　:

- - - - - - - - - - - - - - - - - X

### <u>COUNT ONE</u>
### (Conspiracy to Commit Hobbs Act Robbery)

The United States Attorney charges:

1.　From at least on or about May 7, 2020 through on or about May 23, 2020, in the Southern District of New York and elsewhere, TYLER ALLEN, the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ALLEN agreed together and with others to break into a home in the vicinity of

Brockton, Massachusetts and a home in the vicinity of Irvington, New York and rob the residents of cash and cryptocurrency.

(Title 18, United States Code, Section 1951).

_____
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**TYLER ALLEN,**

**Defendant.**

---

## Superseding Information

S2 20 Cr. 366 (NSR)

(18 U.S.C. § 1951)

AUDREY STRAUSS

---

United States Attorney

---